Ethel Barnes Jones, Appellee, v. Hillary Ray Jones, Appellant.

Gen. No. 43,012.

opinion filed June 30, 1944. Aaron H. Payne, of Chicago, for appellant. Prescott, Burroughs & Taylor, of Chicago, for appellee; Euclid L. Taylor and Patrick B. Prescott, Jr., both of Chicago, of counsel. Opinion by Presiding Justice Burke. Not to be published in full.